UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>Request from the Republic of Poland Pursuant to the Treaty Between the Government of the United States of America and the Government of the Republic of Poland on Mutual Assistance in Criminal Matters in the Matter of 2018V00960 | Case No.: 18 CV 3574<br><br>John J. Tharp, Jr.<br><br>District Judge |

## ORDER

This Court having been informed that the Commissioner appointed to take evidence on behalf of the Central Authority of the Government of the Republic of Poland has completed the requested inquiry and provided the assistance or information required to the requesting authorities.

THEREFORE, the Commissioner's motion to discharge his commission and dismiss the case is GRANTED.

SO ORDERED.

_____
JOHN J. THARP, JR.
United States District Court Judge

Dated: June 17, 2019